UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHARONDA L. FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> FLAGSHIP RESORT DEVELOPMENT CORPORATION, <br><br> Defendant. | Case No. 3:18-cv-02740-N <br><br> Honorable Judge David C. Godbey |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES SHARONDA L. FREEMAN ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, FLAGSHIP RESORT DEVELOPMENT CORPORATION, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 19, 2018

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
Admitted in the Northern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on November 19, 2018, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*Nathan C. Volheim*
Nathan C. Volheim
